UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 2:26-cv-02023-RGK-DTB | Date | April 3, 2026 |
|---|---|---|---|

| Title | Miriam Maldonado v. Thanh Tran et al |
|---|---|

Present: The Honorable    R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     **(IN CHAMBERS) Order to Show Cause re Dismissal for Lack of Prosecution**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed.  Fed.R.Civ.Proc. 4(m).  Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States).  Fed.R.Civ.Proc. 12(a)(1).

In the present case, it appears that one or more of these time periods has not been met.

**An IN PERSON hearing is set for April 9, 2026, at 9:00 am, to determine Plaintiff's lack of prosecution and possible imposition of sanctions for defendant Thanh Quoc Tran's failure to timely respond to the complaint.**

**A stipulation to extend dates or a notice of settlement do not constitute a proper response to this order.**

**Plaintiff to serve this order on any non-appearing defendant/s who have been formally served and file a proof of service thereon**.

| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk jre |
|---|---|---|